[No. 9875–6–I.   Division One.   August 8, 1983.]

WALTER C. KECK, ET AL, *Appellants,* v. W. G.
BELLMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island
County, No. 11673, Richard L. Pitt, J., entered January 29,
1981. *Affirmed* by unpublished opinion per Andersen, C.J.,
concurred in by Swanson and Scholfield, JJ.

[No. 10442–0–I.   Division One.   August 8, 1983.]

TOM BLY, *Respondent,* v. THE CITY OF EDMONDS,
ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 142625, Paul D. Hansen, J., entered
June 3, 1981. *Reversed* and *dismissed* by unpublished per
curiam opinion.

[No. 10188–9–I.   Division One.   August 8, 1983.]

HOLY SPIRIT ASSOCIATION FOR THE UNIFICATION OF WORLD
CHRISTIANITY, *Appellant,* v. SKAGIT COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 40693, Harry A. Follman, J., entered April 2,
1981. *Reversed* and *remanded* by unpublished opinion per
Swanson, J., concurred in by Andersen, C.J., and Scholfield,
J.

[No. 5870–7–II.   Division Two.   August 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
BURKLEY BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 59519, William L. Brown, Jr., J., entered Sep-
tember 24, 1981. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Worswick, JJ.